80 A.3d 1045

**Konstantinos KARANIKAS**

v.

**Rachel CARTWRIGHT.**

**No. 44, Sept. Term, 2013.**

Court of Appeals of Maryland.

Dec. 9, 2013.

Reconsideration Denied Jan. 23, 2014.

Kelly A. Powers (Stephen J. Cullen, Miles & Stockbridge P.C., Baltimore, MD), on brief, for Petitioner.

Stephen P. Krohn (Angela D. Magruder, Krohn & Krissoff, P.A., Annapolis, MD), on brief, for Respondent.

Argued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD, and IRMA S. RAKER (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of December, 2013,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.